IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BEVERLY CROWL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-0606-CV-W-DW |
| ) | |
| BP CORPORATION NORTH AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is the parties' stipulation for remand to state court (Doc. 4). Pursuant to the stipulation, the Court hereby ORDERS that this case is REMANDED to the Circuit Court of Jackson County, Missouri, and Independence, where it bears the case number 0516-CV08891. The Clerk of Court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: August 7, 2006